

**SHARION AYCOCK**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
301 WEST COMMERCE STREET, ROOM 321
POST OFFICE BOX 847
ABERDEEN, MISSISSIPPI 39730-0847

JUDGE'S CHAMBERS

TELEPHONE (662) 369-2628

July 8, 2009

Judge Bobby R. Baldock, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N. E.
Washington, D. G. 20544

Re: Calendar Year 2008 Filing

Dear Judge Baldock:

Pursuant to your request by letter dated June 29, 2009, please amend my 2008 filing as follows:

1) In Part VII, page 6, line 48, "Edward Jones Money Market-SA" is the same investment as shown in my 2007 filing in Part VII, page 5, line 28, "Morgan Keegan Money Market-SA". Please see Part VII, page 5, line 20 of the 2008 filing which denotes the Morgan Keegan account redeemed. I transferred the Morgan Keegan Money Market to an Edward Jones Money Market account.

2) In Part VII, page 4, line 8, the property listed as "Drug Store Rental-A/C" is located in Red Bay, Franklin County, Alabama. In Part VII, page 6, line 46, the property listed as "Shop/Office Building" is located in Fulton, Itawamba County, Mississippi.

3) In Part VII, page 4, line 9, an asset listed as "Performance Funds" should be more particularly described as "Large Cap Equity-Class A" and "Mid Cap Equity-Class A". These funds combine for the value indicated on the Financial Disclosure.

Please advise if you need any additional information. Thank you for your attention to this matter.

SA/gs
cc: Mr. James Ray Davis

Aycock_Sharion_H

| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Aycock, Sharion H. | 2. Court or Organization<br><br>U. S. District Court, Northern Mississippi | 3. Date of Report<br><br>05/14/2009 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. DISTRICT COURT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>301 W. Commerce Street, Rm 321<br>P O Box 847<br>Aberdeen, MS 39730-0847 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CO-TRUSTEE | TRUST # 3 |
| 2. PRESIDENT | RICHARDSON DEVELOPMENT CO INC |
| 3. DIRECTOR | RICHARDSON DEVELOPMENT CO INC |
| 4. DIRECTOR | DARRELL HARP ENTERPRISES INC |
| 5. DIRECTOR | TREMONT DEVELOPMENT CO INC |
| 6. | |
| 7. | |
| 8. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1984 | MS PERS RETIREMENT ACCOUNT; DRAWING RETIREMENT IN 2008 |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | United States Judges - Wages | $157,530.00 |
| 2. 2008 | Darrell Harp Enterprises, Inc. - Wages | $5,260.00 |
| 3. 2008 | Darrell Harp Enterprises, Inc. - Director's fee | $3,600 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Travelers Indemnity Company - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion H. | 05/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. FEDERAL LAND BANK | NOTE ON PROPERTY 1 | L |
| 2. BANCORPSOUTH BANK | UNSECURED NOTES | J |
| 3. FEDERAL LAND BANK | NOTE ON PROPERTY 2 | L |
| 4. THREE RIVERS PLANNING AND D EV DISTRICT | NOTE ON PROPERTY 3 | K |
| 5. BANCORPSOUTH BANK | NOTE ON PROPERTY 4 | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion H. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  BANCORPSOUTH COMMON STOCK | A | Dividend | J | T | | | | | |
| 2.  TRUSTMARK COMMON STOCK-RA | A | Dividend | J | T | Sold | 04/24 | K | A | |
| 3.  DARRELL HARP ENT INC | B | Dividend | N | U | | | | | |
| 4.  4A INVESTMENT CO | C | Interest | L | T | | | | | |
| 5.  PROPERTY 1, Grenada Co, MS | A | Interest | L | W | | | | | |
| 6.  MS DEFERRED COMP COMPENSATION CO | B | Interest | L | T | | | | | |
| 7.  MS PERS RETIREMENT FUND | | None | L | T | | | | | |
| 8.  DRUG STORE RENTAL-A/C | D | Interest | K | W | | | | | |
| 9.  PERFORMANCE FUNDS | A | Dividend | J | T | | | | | |
| 10. MET-LIFE Policyholder Trust | A | Dividend | K | T | | | | | |
| 11. G PUTMAN FUND OF BOSTON-SA | C | Dividend | J | T | | | | | |
| 12. PUTMAN GROWTH AND INCOME-SA | A | Dividend | J | T | | | | | |
| 13. PUTMAN HEALTH SCIENCES-SA | B | Dividend | J | T | | | | | |
| 14. CAPITAL INC BUILDER FUND-RA | A | Dividend | J | T | Buy (add'l) | 01/31 | J | | |
| 15. CAPITAL WORLD GROWTH AND INC F URARA | A | Dividend | J | T | Sold (part) | 4/24 | J | A | |
| 16. FUNDAMENTAL INVESTORS FUND-RA | A | Dividend | J | T | Sold (part) | 4/24 | J | A | |
| 17. GROWTH FUND OF AMERICA-RA | A | Dividend | J | T | Sold (part) | 4/24 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion H. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HOME FEDERAL SAVINGS BANK-RA/CD | A | Interest | J | T | Matured | 01/11 | J | A | |
| 19. TRUSTMARK MONEY MARKET-SA | A | Interest | J | T | | | | | |
| 20. MORGAN KEEGAN MONEY MARKET-SA | B | Interest | K | T | Redeemed | 01/10 | K | A | |
| 21. BANCORPSOUTH CHECKING AC | | None | J | T | | | | | |
| 22. SOUTHERN FARM BUREAU | A | Interest | J | T | | | | | |
| 23. ST PAUL COMMON STOCK FUND | C | Dividend | N | T | | | | | |
| 24. ST PAUL TRAVELER S PREFERRED F UND | A | Dividend | K | T | | | | | |
| 25. NEUBERGER BERMAN GENESIS FUND | C | Dividend | L | T | | | | | |
| 26. COMMUNITY SPIRIT-DRUG STORE RE NTALS-CD | C | Interest | L | T | | | | | |
| 27. MS DEV BK SPL OBLG SOUTHHAVEN WTR SWR SYS PROJECT | A | Interest | L | T | | | | | |
| 28. RICHARDSON DEV CO ACCOUNT R ECEIVABLE | A | Interest | K | T | | | | | |
| 29. TRUSTMARK COMMON STOCK-SA | B | Dividend | K | T | Sold | 12/23 | K | A | |
| 30. FEDERAL LAND BANK | A | Interest | J | T | | | | | |
| 31. COMMUNITY SPIRIT MONEY MARKET | A | Interest | J | T | | | | | |
| 32. TREMONT DEV CO | A | Distribution | J | T | | | | | |
| 33. MCKEE HOUSE, FULTON, MS-RDC | D | Rent | L | W | | | | | |
| 34. PROPERTY 3, Itawamba Co, MS | B | Rent | M | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion H. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PROPERTY 4, Itawamba Co. MS | C | Rent | K | W | | | | | |
| 36. ST PAUL TRAVELERS PENSION FUND | | None | M | T | | | | | |
| 37. PROPERTY 2, Itawamba Co, MS | B | Rent | M | W | | | | | |
| 38. FARM, TREMONT, MS | B | Rent | M | W | | | | | |
| 39. LOT IN TUPELO, MS | | None | K | W | | | | | |
| 40. PROPERTY, TREMONT, MS | | None | J | W | | | | | |
| 41. LOT, FULTON, MS | | None | J | W | | | | | |
| 42. FARM, BALDWYN, MS | B | Rent | K | W | | | | | |
| 43. T'mark CD/Jefferson Pilot Life, Trust III | C | Int./Div. | N | T | | | | | |
| 44. BANK OF WALKER COUNTY STOCK -SA | A | Dividend | J | T | | | | | |
| 45. TRUSTMARK SAVINGS A/C-DHJ/SA | A | Dividend | J | T | | | | | |
| 46. SHOP/OFFICE BUILDING | | None | L | T | | | | | |
| 47. BancorpSouth Preferred SH | A | Dividend | J | T | Buy | 12/12 | J | | |
| 48. Edward Jones Money Market-SA | A | Interest | L | T | | | | | |
| 49. Capital Income Builders, American Funds -SA | A | Dividend | K | T | Buy | 02/13 | K | | |
| 50. Income Fund of America, American Funds-SA | A | Dividend | K | T | Buy | 02/13 | K | | |
| 51. Capital World G & I Income Fund, American Funds-SA | A | Dividend | J | T | Buy | 02/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion H. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Investment Company of America, American Funds - SA | A | Dividend | K | T | Buy | 02/13 | K | | |
| 53. Growth Fund of America, American Funds-SA | A | Dividend | K | T | Buy | 02/13 | K | | |
| 54. New Perspective Fund, American Funds-SA | A | Dividend | J | T | Buy | 02/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion H. | 05/14/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Assets on lines 22, 23, 24, 25, 26, 29, 43, 44, 45, 46 and 58 of the prior year report are omitted because the owner ▬▬▬▬▬▬

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544